United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN J. BIBBS, H03951,

Plaintiff,

v.

R. SALGADO, Correctional Officer,

Defendant(s).

Case No. 24-cv-07206-CRB  (PR)

**ORDER OF DISMISSAL**

On December 16, 2025, the court granted defendant's motion to dismiss plaintiff's First Amended Complaint (FAC) for damages under 42 U.S.C. § 1983 with leave to amend to set forth enough facts to state a First Amendment retaliation claim against defendant that is plausible on its face, if possible.  The court warned plaintiff that failure to file a proper amended complaint within 28 days "will result in the dismissal of this action." ECF No. 24 at 2.

More than 40 days have passed, but plaintiff has not filed an amended complaint or sought an extension of time to do so.  This action is DISMISSED.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: January 28, 2026

_____
CHARLES R. BREYER
United States District Judge